Chetanand Kumar SEWRAZ,
Plaintiff—Appellant,

v.

David LONG, Jr.; Michael Morchower; Ethical Investigations; Asset Preservation; Robert H. Carter; Delores W. Carter; Pearson Hyundai; N.E. Lewis; Michael Kessler; Unknown Employees of Pearson Hyundai, Defendants—Appellees.

No. 09–6540.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 1, 2009.

Decided: Sept. 16, 2009.

Chetanand Kumar Sewraz, Appellant Pro Se.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Remanded by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chetanand Kumar Sewraz seeks to appeal the district court's order dismissing his complaint under Fed.R.Civ.P. 8(a). The notice of appeal was received in the district court after expiration of the appeal period. Because Sewraz is incarcerated, the notice is considered filed as of the date

it was properly delivered to prison officials for mailing to the court. Fed. R.App. P. 4(c)(1); *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988). The record does not reveal when Sewraz gave the notice of appeal to prison officials for mailing. Accordingly, we remand the case for the limited purpose of allowing the district court to obtain this information from the parties and to determine whether the filing was timely under Rule 4(c)(1) and *Houston v. Lack.* The record, as supplemented, will then be returned to this court for further consideration.

*REMANDED.*